UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In Re:

Eric Eugene Walk　　　　　　　　　　　　　　Chapter 13
　　　　　　　　　　　　　　　　　　　　　　　　Case No. 19-48173-mlo
　　　　Debtor.　　　　　　　　　　　　　　　Hon. Maria L. Oxholm
_____/

## PROPOSED POST-CONFIRMATION PLAN MODIFICATION

　　　The Debtor, Eric Eugene Walk, has filed papers with the Court to modify her Chapter 13 Plan which was confirmed on February 24, 2020 [docket #48]. A proposed order granting the Plan Modification is attached as **Exhibit A**.

　　　The Debtor proposes to modify the confirmed Plan pursuant to LBR 3015-2(b) as follows:

　　　1.　　The Debtor needs to make necessary repairs to the septic field behind his house. The estimated cost to repair this is $10,000.00-$45,000.00.
　　　2.　　The Debtor is excused from remitting his 2021 Income Tax Refund in the amount of $2,194.00
　　　3.　　The Debtor's is excused from remitting his profit sharing in the amount of $3,300.45.

　　　4.　　The impact on each class of creditors of this Plan Modification is as follows:
　　　　　a.　　Class 2 and Class 4 creditors will have no impact.
　　　　　b.　　Class 3 creditors will have no impact.
　　　　　c.　　Class 5 creditors will have no impact.
　　　　　d.　　Class 6 creditors will have no impact.
　　　　　e.　　Class 7 creditors will have no impact.
　　　　　f.　　Class 8 creditors will have no impact.
　　　　　g.　　Class 9 creditors will have no impact.

　　　In all other respects, the Order Confirming Plan referred to above shall remain in full force and effect.

　　　Attached hereto collectively as **Exhibit B** are a Liquidation Analysis, Worksheet, and a Plan Calculation.

Respectfully submitted,

**MAXWELL DUNN LAW**

/s/ Ethan Dunn
Ethan Dunn (P69665)
Attorney for Debtor
220 South Main Street, Suite 213
Royal Oak, MI 48067
248.246.1166
bankruptcy@maxwelldunnlaw.com

Dated: July 15, 2022

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In Re:

Eric Eugene Walk                       Chapter 13
                                                Case No. 19-48173-mlo
       Debtor.                       Hon. Maria L. Oxholm
_____/

## ORDER MODIFYING CHAPTER 13 PLAN

       The Debtor, Erik Eugene Walk, having filed a Post-Confirmation Plan Modification on July , 2022, and served same on the mailing matrix and the Chapter 13 Trustee; no responses or objections having been timely filed with this Court, or any objections having been resolved, and this Court being otherwise sufficiently advised in the premises;

**IT IS ORDERED THAT:**

1. The Debtors' Plan Modification is approved.
2. The Debtor is excused from remitting his 2021 Income Tax Refund in the amount of $2,194.00.
3. The Debtor's is excused from remitting his profit sharing in the amount of $3,300.45.
4. In all other respects, Debtor's Chapter 13 Plan, as last amended, shall remain unchanged.

**PROPOSED ORDER**

# Exhibit A

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT**

In Re:

Eric Eugene Walk                                 Chapter 13
                                                        Case No. 19-48173-mlo
            Debtor.                          Hon. Maria L. Oxholm
_____/

## NOTICE OF DEADLINE TO OBJECT TO PROPOSED
## CHAPTER 13 PLAN MODIFICATION

      The deadline to file an objection to the attached proposed Chapter 13 Plan Modification is twenty-one (21) days after service.

      If no timely responses are filed to a proposed post-confirmation Plan Modification, the proponent may file a certificate of no response and request entry of an order approving the Plan Modification.

      If a timely objection is filed, the Court will set the matter for hearing and give notice of the hearing to the Debtor, the proponent of the Plan Modification, the Trustee and any objecting parties. In that event, the plan modification will become effective when the Court enters an order overruling or resolving all objections.

      Objections to the attached proposed Chapter 13 Plan modification shall be served on the following:

| | |
|---|---|
| Ethan Dunn | Tammy L. Terry |
| Attorney for Debtors | Standing Chapter 13 Trustee |
| Maxwell Dunn Law | 535 Griswold, Suite 111-615 |
| 24725 W. 12 Mile Road, Suite 306 | Detroit, MI 48226 |
| Southfield, MI 48034 | |

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | **MAXWELL DUNN LAW** |
|  | /s/ Ethan Dunn<br>Ethan Dunn (P69665)<br>Counsel for Debtor<br>24724 W. 12 Mile Road, Suite 306<br>Southfield, MI 48034<br>248.246.1166 |
| Dated: July 5, 2022 | bankruptcy@maxwelldunnlaw.com |